Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>KYLE NARASKY,<br>　　　　Defendant. | Docket 6:09-CR-00027-YNP |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>CHRIS GIERLICH,<br>　　　　Defendant. | Docket 6:09-CR-00025-YNP |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>CHAD GIERLICH,<br>　　　　Defendant. | Docket 6:09-CR-00026-YNP |
| | STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR PLEA AND SENTENCE; AND ORDER THEREON |
| | Courtroom: Yosemite U.S.. Magistrate<br>Honorable: Dennis Beck |

//

1

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, CHAD GIERLICH, his attorney of record, Robert Viefhaus, Defendant CHRIS GIERLICH, his attorney of record, Jeremy Kroger, Defendant, KYLE NARASKY, and his attorney of record, Michael Mitchell, that the Status Conference in the above-captioned matters set for November 17, 2009 be vacated, and the matters be set for plea and sentence on January 5, 2010, at 10:00 a.m.

Dated: November 10, 2009          /S/ Susan St. Vincent
                                  Susan St. Vincent
                                  Acting Legal Officer
                                  Yosemite National Park

Dated: November 11 , 2009         /S/ Robert M. Viefhaus
                                  Robert M. Viefhaus
                                  Attorney for Defendant
                                  CHAD GIERLICH

Dated: November 11 , 2009          /S/ Jeremy S. Kroger
                                  Jeremy S. Kroger
                                  Attorney for Defendant
                                  CHRIS GIERLICH

Dated: November 11 , 2009         /S/ Michael E. Mitchell
                                  Michael E. Mitchell
                                  Attorney for Defendant
                                  KYLE NARASKY

* * * ORDER * * *

The Court, having reviewed the above request to vacate the status conference, now set for November 17, 2009, and set the matter for plea and sentence January 5, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Status Conference set for November 17, 2009, is vacated.
2. The matter is now set for plea and sentence on January 5, 2010.

IT IS SO ORDERED.

Dated:   **November 13, 2009**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE