1  **MICHAEL E. MITCHELL, #240199**
   **LAW OFFICES OF MICHAEL E. MITCHELL**
2  285 W. Shaw Avenue, Suite 101
   Fresno, California 93704
3  Telephone: (559) 222-2424
   Facsimile: (559) 222-2434
4
   Attorney for Defendant
5  **KYLE NARASKY**

6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
|                                   |                                                    |
|-----------------------------------|----------------------------------------------------|
| UNITED STATES OF AMERICA,         | Docket 6:09-CR-0027-YNP                            |
|      Plaintiff,                   |                                                    |
|      vs.                          | STIPULATION TO VACATE PLEA AND SENTENCING AND CONTINUE FOR PLEA AND SENTENCING; AND ORDER THEREON |
| KYLE NARASKY,                     |                                                    |
|      Defendant.                   | Courtroom: Yosemite U.S. Magistrate                |
|                                   | Magistrate: Hon. Dennis Beck                       |
|                                   |                                                    |
| UNITED STATES OF AMERICA,         | Docket 6:09-CR-00025-YNP                           |
|      Plaintiff,                   |                                                    |
|      vs.                          | STIPULATION TO VACATE PLEA AND SENTENCING AND CONTINUE FOR PLEA AND SENTENCING; AND ORDER THEREON |
| CHRIS GIERLICH,                   |                                                    |
|      Defendant.                   |                                                    |
|                                   |                                                    |
| UNITED STATES OF AMERICA,         | Docket 6:09-CR-00026-YNP                           |
|      Plaintiff,                   |                                                    |
|      vs.                          | STIPULATION TO VACATE PLEA AND SENTENCING AND CONTINUE FOR PLEA AND SENTENCING; AND ORDER THEREON |
| CHRIS GIERLICH,                   |                                                    |
|      Defendant.                   |                                                    |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, CHAD GIERLICH, his attorney of record, Robert Viefhaus, Defendant CHRIS GIERLICH, his attorney of record, Jeremy Kroger, Defendant, KYLE NARASKY, and his attorney of record, Michael Mitchell, that the Plea and Sentencing in the above-captioned matters set for January 5, 2010 at 10:00 a.m., be vacated, and the matters be set for pea and sentencing on March 2, 2010 at 10:00 a.m.  Defendants by and through their attorneys of record also stipulate and agree to waive and exclude time generally for their speedy trial.

DATED: January 4, 2010        /s/
                              Michael E. Mitchell
                              Attorney for Defendant
                              KYLE NARASKY

DATED: January 4, 2010        /s/
                              Robert M. Viefhaus
                              Attorney for Defendant
                              CHAD GIERLICH

DATED: January 4, 2010        /s/
                              Jeremy S. Kroger
                              Attorney for Defendant
                              CHRIS GIERLICH

DATED: January 4, 2010        /s/
                              Susan St. Vincent
                              Acting Legal Officer
                              Yosemite National Park

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to vacate the plea and sentencing for all Defendants, now set for January 5, 2010 at 10 a.m. and continue the plea and sentencing to March 2, 2010 at 10:00 a.m., be granted.

IT IS SO ORDERED.

Dated: **January 4, 2010**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE