**MICHAEL E. MITCHELL #240199**
**LAW OFFICES OF MICHAEL E. MITCHELL**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:  (559) 222-2424
Facsimile:   (559) 222-2434

Attorney for Defendant:
KYLE NARASKY



FILED

MAR 30 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KYLE NARASKY,

    Defendant.

Case No.: 6:09-CR-00027-YNP

WAIVER OF DEFENDANT'S
PERSONAL PRESENCE; [PROPOSED]
ORDER THEREON

Date: 7/1/09
Time: 8:30 AM
Place: Yosemite Court

    Pursuant to F.R. Crim. P. 43 (b)(2) and (3), Defendant hereby waivers his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motion hearings, change of plea, trial, and/or sentencing.

    Defendant hereby request that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. He agrees that his interests shall be represented at

///

///

///

1  all times by the presence of his attorney, Michael E. Mitchell, the same as if Defendant were
2  personally present.

3
4  DATED: 8/31/09                                    _____
                                                      Defendant Kyle Narasky
5
6  DATED: 9/1/09                                     _____
7                                                     Michael E. Mitchell
                                                      Attorney for Kyle Narasky
8
9
10                                    **ORDER**
11
       **GOOD CAUSE APPEARING**, it is hereby Ordered that Defendant's appearance may
12
   be waived until further order of the Court.
13
14  DATED: 3/30/10                                   _____
15                                                    Magistrate Judge
                                                      Eastern District of California